In the Matter of the Claim of Mrs. LILLIAN I. HEIMROTH, Appellant, against ELK TRANSPORTATION CORPORATION, INC., and SUN INDEMNITY COMPANY OF NEW YORK, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim for Benefits under Article 18 of the Labor Law Made by ANTHONY AJELLO, Claimant. SAVARINS MANAGEMENT, INC., Employer, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Estate of JAMES LLOYD EGAN, Deceased. JOHN J. JOYCE, Respondent; MICHAEL EGAN, Appellant.— Motion for reargument denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST WHITNEY, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

SAM BABISCH and ANNA BABISCH, Appellants, v. JAMES ELLIOTT, JOHN STAPLETON and WILLIAM PERCHANSKI, Copartners Doing Business under the Firm Name and Style of ELLIOTT MOTOR SALES Co., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

ELFREDA BULLARD, Respondent, v. GUY KILMER, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

CHARLES JOSEPH KINGSLEY, Respondent, v. GEORGE PAPPAS and PETER KARRIS, as Copartners, Doing Business under the Firm Name and Style of FRIEND'S RESTAURANT, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

MOLLIE EAGLE, Appellant, v. BENJAMIN CHERNEY and SAMUEL H. BERGER, Respondents.— Motion denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.